# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

| | |
|---|---|
| JOSHUA LENZ, TRACI LENZ, JASON NORQUIST, AMIE NORQUIST, RYAN MORGAN, ERICA MORGAN, GARY ELBON, KAYLA ELBON, JASON GENRICH, JENNY GENRICH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>THE MICHAELS ORGANIZATION, LLC, MICHAELS MANAGEMENT SERVICES, INC., INTERSTATE REALTY MANAGEMENT COMPANY, AMC EAST COMMUNITIES, LLC, CLARK REALTY CAPITAL LLC, and HARBOR BAY AT MACDILL,<br><br>Defendants. | Civil Action No. 8:19-cv-02950-TPB-AEP<br><br>**CLASS ACTION**<br><br>**INJUNCTIVE RELIEF SOUGHT**<br><br>**DEMAND FOR JURY TRIAL** |

## NOTICE AND STIPULATION OF WITHDRAWAL FOR PLAINTIFFS AMIR AND CANDICE COCHRAN

Plaintiffs Amir and Candice Cochran (_only_) and Defendants The Michaels Organization, LLC, Michaels Management Services, Inc., Interstate Realty Management Company, Inc., AMC East Communities, LLC, and Clark MacDill Design Build LLC ("Defendants"), by and through their respective attorneys, and pursuant to Fed. R. Civ. P. 41(a), hereby stipulate and agree to the dismissal with prejudice of Amir and Candice Cochran's claims against Defendants.

*Notwithstanding, this litigation will continue as to the individual and potential class claims asserted by Plaintiffs Joshua Lenz, Traci Lenz, Jason Norquist, Amie Norquist, Ryan Morgan, Erica Morgan, Gary Elbon, Kayla Elbon, Jason Genrich, and Jenny Genrich against all Defendants.*

The above dismissal of the claims of Amir and Candice Cochran is under the following stipulated material terms and conditions:

1) Each Party shall bear their own respective costs and attorneys' fees;

2) Amir and Candice Cochran will have no further discovery or other obligations in this litigation, including with regard to document requests, interrogatories, deposition testimony, trial testimony or otherwise; and

3) Neither Defendants nor Plaintiffs may seek to obtain discovery or testimony from Amir and Candice Cochran related to this litigation or the claims asserted therein.

STIPULATED AND AGREED TO BY ALL PARTIES:

Dated: 4/27/2021                               _____
                                               Amir Cochran

Dated: 4/27/2021                               _____
                                               Candice Cochran

Dated: April 28, 2021

_____                 _____
Glen L. Abramson                               Capri Trigo
Lane L. Vines                                  Andrew Schindler
Jacob M. Polakoff                              **GORDON REES SCULLY MANSUKHANI**
**BERGER MONTAGUE PC**                         Miami Tower
1818 Market Street, Suite 3600                 100 SE Second Street, Suite 3900
Philadelphia, PA 19103                         Miami, FL 33131
Telephone: (215) 875-3000                      Telephone: (813) 444-9700
scarson@bm.net                                 ctrigo@grsm.com
gabramson@bm.net                               aschindler@grsm.com
lvines@bm.net
jpolakoff@bm.net                               *Attorneys for Defendants The Michaels Organization, LLC, Michaels Management Services, Inc., and Interstate Realty Management Company, Inc.*

| | |
|---|---|
| E. Michelle Drake<br>**BERGER MONTAGUE PC**<br>43 SE Main Street #505<br>Minneapolis, MN 55414<br>Telephone: (215) 875-3000<br>emdrake@bm.net<br><br>Natalie Khawam<br>**WHISTLEBLOWER LAW FIRM, PA**<br>400 N. Tampa Street, Suite 1015<br>Tampa, FL 33602<br>Telephone: (813) 944-7853<br>nataliek@813whistle.com<br><br>*Attorneys for Plaintiffs and Proposed Class* | John .<br>Robert K. Tucker II<br>Lindsey DeCarlo<br>**LEWIS BRISBOIS**<br>401 East Jackson Street, Suite 3400<br>Tampa, FL 33602<br>Telephone: (813) 739-1900<br>john.rine@lewisbrisbois.com<br>robert.tucker@lewisbrisbois.com<br>lindsay.decarlo@lewisbrisbois.com<br><br>*Attorney for Defendants AMC East Communities, LLC and Clark MacDill Design Build LLC* |

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served by transmission of Notices of Electronic Filing generated by CM/ECF on April 28, 2021, on all counsel or parties of record.

/s/ *Glen L. Abramson*
Glen L. Abramson

3