UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**JOSHUA LENZ, ET AL.,** individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

**THE MICHAELS ORGANIZATION, LLC, MICHAELS MANAGEMENT SERVICES, INC., INTERSTATE REALTY MANAGEMENT COMPANY, INC., AMC EAST COMMUNITIES, and CLARK MACDILL DESIGN BUILD, LLC,**

    Defendants.

No. 8:19-cv-02950-JSM-AEP

## JOINT STATUS REPORT

Pursuant to the Court's September 2, 2021 Order (Doc. 109), Plaintiffs, Joshua Lenz, Traci Lenz, Jason Norquist, Amie Norquist, Ryan Morgan, Erica Morgan, Gary Elbon, Kayla Elbon, Jason Genrich, and Jenny Genrich (collectively, "Plaintiffs"); Defendants The Michaels Organization, LLC, Michaels Management Services, Inc., and, Interstate Realty Management Company, Inc. (collectively, the "Michaels Defendants"); Defendant AMC East Communities, LLC, ("AMC"), and Defendant Clark MacDill Design Build, LLC ("Clark, and, together with the Michaels Defendants and AMC, "Defendants") (Plaintiffs and Defendants are collectively referred to as "Parties"), by and through their respective undersigned counsel, respectfully submit this Joint Status Report detailing the progress of discovery.

**Acquisition by The Michaels Organization and Change of Counsel**

On September 7, 2021, Defendant The Michaels Organization, LLC ("TMO") announced that it had completed the acquisition of privatized military homes at eight military installations around the country, including the homes on MacDill Air Force Base that are at issue in this Action.

4818-3579-7759.1

As a result of the acquisition, the Michaels Defendants decided to change their counsel from the Gordon Rees firm, which currently represents the three Michaels Defendants, to the Lewis Brisbois firm, which currently represents AMC and Clark. Lewis Brisbois filed its Notice of Appearance on behalf of all Defendants on October 14, 2021. Doc. 111. Although Lewis Brisbois has been counsel of record for some of the Defendants, the recent change in counsel for the Michaels Defendants will have some impact on the schedule for discovery going forward.

**Status of Specific Discovery**

1. **U.S. Air Force Subpoena and Production**

The Court granted Plaintiffs' motion to issue a subpoena to the United States Air Force ("USAF") on March 4, 2021. Doc. 76. Counsel for the USAF are still working with the Department of Defense on security procedures for the transfer and hosting of the documents the USAF will eventually produce. Once these details are finalized, Plaintiffs will be able to present to the Court the proposed protective order that the USAF requires for production.

The USAF has represented to Plaintiffs that the USAF has already collected and is in the process of completing its review for production of responsive documents, but nothing has been produced by the USAF to date. It is expected that the USAF production will include a large volume of new records that the Parties will need to process and review once received.

The USAF has notified the Parties that it does not have the resources reasonably available to produce documents in accordance with the Court's Order that the Air Force "redact the names of any other residents of the Residences beyond the identified named plaintiffs." Doc. 76. The USAF has advised that "[g]iven [its] available software this is a time consuming and burdensome process," and its office ordinarily "relies on a protective order to avoid such efforts and expedite [its] productions." Plaintiffs intend to request that, subject to the entry of an appropriate protective order, the Court

relieve the USAF of this requirement. However, Defendants oppose Plaintiffs' position and would request that the USAF produce the documents directly to counsel for Defendants or its ESI vendor KL Discovery, so that redactions can be made pursuant to the Court's prior instruction regarding redactions. If the Parties are unable to reach a prompt agreement, the Parties intend to present the issue to the Court by motion practice.

2. **Michaels Defendants' Document Production**

Counsel for Plaintiffs met and conferred with counsel for the Michaels Defendants concerning certain categories of documents sought by Plaintiffs (in addition to the completion of the Michaels Defendants' ESI production). The Michaels Defendants, through their prior counsel, advised that they would produce, with some modification, the requested categories of documents.

However, as new counsel for the Michaels Defendants, Lewis Brisbois seeks to review the requests for these categories of documents and reserved further objections and restrictions to same as needed or required. Plaintiffs do not believe such additional objections or restrictions are proper as prior counsel for Michaels previously agreed to the production. If the Parties are unable to reach a prompt agreement, the Parties intend to present the issue to the Court by motion practice.

Additionally, Plaintiffs requested documentation concerning TMO's purchase of the privatized housing on MacDill Air Force Base, but have not received this documentation. The Parties have discussed the production of the requested purchase documentation and are currently working to come to an agreement regarding same.

3. **Depositions**

Counsel for Plaintiffs are working with counsel for the AMC Defendants to schedule the depositions of the AMC Defendants' personnel sought by Plaintiffs.

Counsel for Plaintiffs have also requested mutually available dates for 10 to 12 depositions of witnesses of the Michaels Defendants, but, Plaintiffs have not received availability from counsel for the Michaels Defendants due to the TMO purchase of the MacDill base housing and changing of defense counsel. The Parties are working together to find mutually agreeable dates for the depositions requested by Plaintiffs.

4. **AMC Defendants' ESI Document Production**

Plaintiffs have continued to receive the AMC Defendants' rolling production of responsive documents.  The AMC Defendants' ESI production was substantially completed in August 2021, with an elusion sample set of 1,008 documents reviewed by AMC's counsel shortly thereafter. Some documents remain that were coded as "Needs Further Review" and those documents continue to be reviewed and produced if found to be responsive.

5. **AMC Defendants Request for Plaintiffs' Signed Medical Authorizations**

AMC Defendants subpoenaed Plaintiffs' disclosed medical providers, as well as those identified in Plaintiffs' medical records. However, in addition to the subpoena, numerous medical providers require executed medical disclosure authorizations from the patient. While Plaintiffs' counsel provided most of those authorization as of the filing of this report, several remain unsigned. The Parties recently discussed this issue and believe it should be resolved in the near future. Additionally, Defendants will provide the medical records received as a result of the subpoenas issued. Plaintiffs continue to provide Defendants with the medical records received from the named Plaintiffs' medical providers on an ongoing basis.

Respectfully submitted this 18th day of October, 2021.

| | |
|---|---|
| */s/ Capri Trigo* | */s/ Glen L. Abramson* |
| Capri Trigo, Esq. | Shanon J. Carson, Esq. |
| Florida Bar No. 28564 | Glen L. Abramson, Esq. |
| **GORDON REES SCULLY MANSUKHANI** | Lane L. Vines, Esq. |
| 100 SE Second Street, Suite 3900 | Jacob M. Polakoff, Esq. |
| Miami, FL 33131 | **BERGER MONTAGUE PC** |
| Telephone: (305) 428-5323 | 1818 Market Street, Suite 3600 |
| Facsimile: (877) 644-6209 | Philadelphia, PA 19103 |
| Email: ctrigo@grsm.com | Telephone: (215) 875-3000 |
| | Facsimile: (215) 875-4604 |
| *Counsel for Defendants The Michaels Organization, LLC, Michaels Management Services, Inc., and Interstate Realty Management Company, Inc.* | Email: scarson@bm.net |
| | Email: gabramson@bm.net |
| | Email: lvines@bm.net |
| | Email: jpolakoff@bm.net |
| | |
| | E. Michelle Drake, Esq. |
| | **BERGER MONTAGUE PC** |
| | 1229 Tyler St NE Suite 205 |
| | Minneapolis, MN 55413 |
| | Telephone: (612) 594-5999 |
| | Email: emdrake@bm.net |
| | |
| */s/ Robert K. Tucker II* | Natalie K. Khawam, Esq. |
| John A. Rine, Esq. | **WHISTLEBLOWER LAW FIRM, P.L.** |
| Robert K. Tucker II, Esq. | 400 N. Tampa Street, Suite 1100 |
| Lindsay E. DeCarlo, Esq. | Tampa, FL 33602-4700 |
| **LEWIS BRISBOIS BISGAARD & SMITH LLP** | Telephone: (813) 944-7853 |
| 401 East Jackson Street | Facsimile: (813) 434-2173 |
| Suite 3400 | Email: nataliek@813whistle.com |
| Tampa, FL 33602 | |
| Telephone: (813) 739-1900 | *Counsel for Plaintiffs and the Proposed Class* |
| Facsimile: (813) 739-1919 | |
| Email: john.rine@lewisbrisbois.com | |
| Email: robert.tucker@lewisbrisbois.com | |
| Email: lindsay.decarlo@lewisbrisbois.com | |
| | |
| *Counsel for AMC East Communities, LLC and Clark MacDill Design Build, LLC* | |