UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

## CLERK'S MINUTES

| CASE NO.: | 8:19-cv-2950-TPB-AEP | DATE: | January 11, 2022 |
|---|---|---|---|
| **HONORABLE ANTHONY E. PORCELLI** | | | |
| **JOSHUA LENZ, et al.**<br>                    Plaintiff,<br>v.<br>**THE MICHAELS ORGANIZATION, et al.**<br>                    Defendant. | | **PLAINTIFF'S COUNSEL**<br>Lane Vines, Glen Abramson and Jacob Polakoff | |
| | | **DEFENSE COUNSEL**<br>Robert Tucker, Chantel Wonder and John Rine (AMC East Communities, LLC and Clark MacDill Design Build, The Michaels Organization, LLC, Michaels Management Services and Interstate Realty Management Company) | |
| **COURT REPORTER:**  digital | | **DEPUTY CLERK:** | Lynne Vito |
| **TIME:**  10:02 TO 11:03   **TOTAL:**  61 min | | **COURTROOM:** | Zoom Video Conf. |

**PROCEEDINGS:**    DISCOVERY HEARING    (via zoom)

Follow up status from the December 14 hearing.

Oral argument heard.

Court rules it is no longer needed for defendants to redact the identifying information of non-named plaintiffs.

Court defers ruling on the other redaction.   Parties to brief the issue.

Next hearing:   1/25/2022 at 10:00 am via zoom.