UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JOSHUA LENZ, TRACI LENZ, JASON NORQUIST, AMIE NORQUIST, RYAN MORGAN, ERICA MORGAN, GARY ELBON, KAYLA ELBON, JASON GENRICH and JENNY GENRICH, individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

THE MICHAELS ORGANIZATION, LLC; MICHAELS MANAGEMENT SERVICES, INC.; INTERSTATE REALTY MANAGEMENT COMPANY; AMC EAST COMMUNITIES, LLC; and CLARK MACDILL DESIGN BUILD, LLC,

    Defendants.
_____/

Case No. 8:19-cv-002950-T-30-AEP

## JOINT NOTICE OF PENDING SETTLEMENT AND STIPULATION TO VACATE CASE MANAGEMENT CONFERENCE/CASE MANAGEMENT ORDER

COMES NOW, Defendants, THE MICHAELS ORGANIZATION, LLC, *et al.*, by and through undersigned counsel, joined by Plaintiffs, JOSHUA LENZ, *et al.*, by and through designated counsel for Plaintiffs, and hereby file the within Notice advising this Court of pending resolution and requesting further Case Management Conferences and deadlines be vacated pending final dismissal, and states as follows:

4893-5166-1339.1

1. The Parties are pleased to jointly advise the Court that due to the assistance and efforts of the Parties' independent mediator, Steven Jaffe, Esq., a mediation conference was held on April 1, 2022 and <u>a Memorandum of Understanding has been executed concerning a forthcoming global settlement resolution</u> in the above-captioned matter.

2. The anticipated settlement agreement, to be negotiated by the Parties, will resolve <u>all</u> of Plaintiffs' claims asserted in this putative class action as well as claims for certain additional putative class members represented individually by Plaintiffs' counsel.

3. The settlement will be on an individual basis only on behalf of Plaintiffs and these additional putative class members and not a class basis, and Plaintiffs will no longer be seeking Class Certification.

4. Numerous non-monetary details are still being negotiated by the Parties, and some aspects of that agreement may need to be submitted for Court approval.

5. After finalizing all remaining non-monetary terms of the agreement, the Parties will file a Request for Dismissal with Prejudice, which will include a request that the Court retain jurisdiction to interpret and enforce terms of the settlement, as necessary.

6.  In the interim, the Parties respectfully request that this Court continue the Case Management Conference scheduled for May 18, 2022, and stay and abate all deadlines set forth in the Case Management Order.

> Respectfully submitted,
> LEWIS BRISBOIS BISGAARD & SMITH LLP
>
> */s/ Lindsay E. DeCarlo*
> JOHN A. RINE
> Florida Bar Number 989400
> Email: john.rine@lewisbrisbois.com;
> flcourtmail@lewisbrisbois.com;
> karen.halsey@lewisbrisbois.com
> LINDSAY E. DeCARLO
> Florida Bar Number 1008819
> Email: lindsay.decarlo@lewisbrisbois.com;
> flcourtmail@lewisbrisbois.com;
> alyson.waller@lewisbrisbois.com
> verna.boyd@lewisbrisbois.com
> LEWIS BRISBOIS BISGAARD & SMITH LLP
> 401 East Jackson Street, Suite 3400
> Tampa, Florida 33602
> Phone: 813.739.1900; Fax: 813.739.1919
> *Attorneys for all Defendants*

**Shanon J. Carson**: scarson@bm.net, emagnus@bm.net

**Glen L. Abramson**: gabramson@bm.net,

**Lane L. Vines**: lvines@bm.net, dgiovanetti@bm.net

**E. Michelle Drake**: emdrake@bm.net

**Natalie K. Khawam**: nataliek@813whistle.com, neilo@813whistle.com

**Capri Trigo**: ctrigo@gordonrees.com, aruff@gordonrees.com