**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION**

**CLERK'S MINUTES**

| **CASE NO.:** 8:19-cv-2950-TPB-AEP | **DATE:** November 16, 2022 |
|---|---|
| **HONORABLE THOMAS P. BARBER** | |
| **JOSHUA LENZ, et al.**<br><br>**v.**<br><br>**THE MICHAELS ORGANIZATION, et al.** | **PLAINTIFF COUNSEL:**<br>Lane Vines<br><br>**DEFENSE COUNSEL:**<br>Lindsay DeCarlo |
| **COURT REPORTER:** Rebekah Lockwood | **DEPUTY CLERK:** Sonya Cohn |
| **TIME:** 1:40 – 1:42 p.m.<br>**TOTAL:** 2 mins. | **COURTROOM:** 14A |

**PROCEEDINGS:** CASE MANAGEMENT CONFERENCE

Parties advise that a written settlement agreement has been reached and forwarded to the Assistant Secretary of Defense for approval. Court administratively closed pending settlement approval.